## N.C. STATE BAR v. GILBERT

No. 434A02

Case below: 151 N.C. App. 299

Petition by defendant for writ of supersedeas allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 27 February 2003.

## NATIONWIDE MUT. INS. CO. v. HAIGHT

No. 460P02

Case below: 152 N.C. App. 137

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## NEUGENT v. NEUGENT

No. 250P02

Case below: 149 N.C. App. 38

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

## NEUSE RIVER FOUND., INC. v. SMITHFIELD FOODS, INC.

No. 67P03

Case below: 155 N.C. App. 110

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

## NUNN v. ALLEN

No. 42P03

Case below: 154 N.C. App. 523

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Motion by plaintiff to dismiss petition denied 27 February 2003. Motion by plaintiff to deny petition dismissed as moot 27 February 2003.